IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01400-RPM

JAMES RIVER INSURANCE COMPANY,

    Plaintiff,
v.

GENERAL STEEL, INC.;
GENERAL STEEL DOSMSTIC SALES, LLC D/B/A GENERAL STEEL CORPORATION; and
BAJABA, LLC,

    Defendants.

_____

ORDER FOR DISMISSAL OF DEFENDANT BAJABA, LLC
_____

    Pursuant to Plaintiff's Motion to Dismiss Bajaba, LLC [8] filed October 8, 2012, it is

    ORDERED that Defendant Bajaba, LLC, is dismissed from this lawsuit and will be bound by any final judgment.

    DATED: October 15th, 2012

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior Judge