IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01400-RPM

JAMES RIVER INSURANCE COMPANY,

    Plaintiff,
v.

GENERAL STEEL, INC. and
GENERAL STEEL DOSMSTIC SALES, LLC D/B/A GENERAL STEEL CORPORATION,

    Defendants.

_____

STAY ORDER
_____

    On November 20, 2012, the defendants General Steel Domestic Sales, LLC, and General Steel, Inc., filed a motion to dismiss or in the alternative to stay this civil action for declaratory relief.  The plaintiff responded on December 11, 2012.  From a review of these pleadings, the complaint for declaratory judgment initiating this action on May 30, 2012, and the underlying complaint in the action pending in Miller County, Arkansas, in which Bajaba, LLC, d/b/a New Haven Golf Club is the plaintiff and these defendants are defendants along with Branscum Construction & Erecting, Inc., and Jared Branscum, individually, it is this Court's view that the question of coverage for the duty to defend that action is, in part, dependent upon the relationship between the insureds and the other defendants in the Arkansas action.  Accordingly, the question of coverage for the duty to defend is not separable from the duty to indemnify.  It is

    ORDERED that this civil action is stayed until determination of the underlying action.

DATED: December 12th, 2012

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge