IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01400-RPM

JAMES RIVER INSURANCE COMPANY,

    Plaintiff,

v.

GENERAL STEEL, INC. and
GENERAL STEEL DOMESTIC SALES, LLC D/B/A GENERAL STEEL CORPORATION,

    Defendants.

_____

## ORDER FOR STATUS REPORT
_____

On December 12, 2012, this Court entered an order staying this case pending determination of the underlying Arkansas action. Nothing further has been filed and it is therefore

ORDERED that counsel shall file a status report on or before February 17, 2014.

DATED: February 6th, 2014

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge