IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-01400-RPM

JAMES RIVER INSURANCE COMPANY,

    Plaintiff,

v.

GENERAL STEEL, INC. and
GENERAL STEEL DOSMSTIC SALES, LLC D/B/A GENERAL STEEL CORPORATION,

    Defendants.

_____

### ORDER FOR DISMISSAL
_____

The Court, having reviewed the Stipulated Motion to Dismiss with Prejudice, and being fully advised in the premises, finds good cause to grant the Motion.

IT IS HEREBY **ORDERED** that any and all claims filed or that could have been filed in this case between the parties that relate to the subject matter of Plaintiff's Complaint against Defendants and the underlying lawsuit of *Bajaba LLC v. General Steel Domestic Sales, LLC et al.*, are hereby **DISMISSED WITH PREJUDICE,** with each party to pay their own attorneys' fees and costs

DATED:   January 20th, 2016

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge